UNITED STATES BANKRUPTCY COURT
NOTHERN DISTRICT OF FLORIDA

In Re:                    )
                          )    Case No. 18-40443
ROGER UNGER               )
                          )
                          )
Debtor(s).

### ORDER APPROVING TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §327  (Doc #46 )

This matter having come before the Court upon the Application of the Trustee's Approving Trustee's Application to Retain BK Global Real Estate Services to Procure Consented Public Sale Pursuant to 11 U.S.C. §327, (Doc#46) and the Court after being otherwise fully advised, it is:

**ORDERED:**

1.   The Application is **APPROVED.**

2.   The Trustee is authorized to retain the services of BK Global Real Estate Services under the terms and conditions set forth in the Application (Doc. 46) filed in this case.

**DONE AND ORDERED** this the 3rd day of December, 2018.

_____
**KAREN K. SPECIE**
United States Bankruptcy Judge

This Order Prepared by: Sherry F. Chancellor,

CC:   All Parties in Interest

Sherry F. Chancellor is hereby directed to serve a copy of this order on interested parties and file a certificate of service within 3 days of entry of the order