**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**

In Re:                                          )
                                                )   Case No. 18-40443
**ROGER UNGER**                                 )
  Debtor(s).                                    )

## ORDER TRUSTEE'S APPLICATION FOR AUTHORITY AND APPROVAL TO EMPLOY GAYLENE STANLEY, A MEMBER OF LORD & STANLEY REALTY INC, AND APPROVE LISTING AGREEMENT FOR SALE OF REAL PROPERTY (Doc.#45)

**THIS MATTER** having come before the Court on the matter of the Trustee's Application for Authority and Approval to Employ Gaylene Stanley a Member of Lord & Stanley Realty Inc., and Approve Listing Agreement for Sale of Real Property (Doc. 45) and the Court after being otherwise advised, it is:

**ORDERED:**

1. The Application is **APPROVED.**

2. The Trustee is authorized to retain the services of Gaylene Stanley under the terms and conditions set forth in the Application (Doc.45) filed in this case.

**DONE AND ORDERED** on __7th__ day of __Dec.__ , 2018.

_____
**KAREN K. SPECIE**
United States Bankruptcy Judge

This Order Prepared by: Sherry F. Chancellor,

CC:   All Parties in Interest

Sherry F. Chancellor is hereby directed to serve a copy of this order on interested parties and file a certificate of service within 3 days of entry of the order