# United States Bankruptcy Court
## Northern District of Florida

In re    **Roger L. Unger**  
Debtor(s)

Case No.    **18-40443**  
Chapter    **7**

## Notice of Change of Address

Debtor's Social Security Number:    **xxx-xx-4130**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:    **Roger L. Unger**

Street:    **504 Truett Drive**

City, State and Zip:    **Tallahassee, FL 32303**

Telephone #:

**Please be advised that effective December 17, 20 18,**
**my (our) new mailing address and telephone number is:**

Name:    **Roger L. Unger**

Street:    **3240 Rue de Lafitte**

City, State and Zip:    **Tallahassee, FL 32312**

Telephone #:

/s/ **Roger L. Unger**  
**Roger L. Unger**  
Debtor