# Form 1

## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 18-40443TLH4 KKS | **Trustee:** (290720)  SHERRY CHANCELLOR |
| **Case Name:** Unger, Roger L. | **Filed (f) or Converted (c):** 08/20/18 (f) |
| | **§341(a) Meeting Date:** 09/24/18 |
| **Period Ending:** 12/31/18 | **Claims Bar Date:** 12/27/18 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 504 Truett Drive, Tallahassee, FL 32303-0000, Le | 77,000.00 | 0.00 | | 0.00 | 5,000.00 |
| 2 | Small Lot Wakulla County, Crawfordville, FL 3232 | 2,000.00 | 2,000.00 | | 0.00 | 2,000.00 |
| 3 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Deposits of money: Florida Commerce Credit Union | Unknown | 0.00 | | 0.00 | FA |
| 5 | Deposits of money: Bank of America | Unknown | 0.00 | | 0.00 | FA |
| 6 | 2002 MacBook and iPad | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Jackets, sportswear, undergarments, shirts, shor | 200.00 | 0.00 | | 0.00 | FA |
| 8 | 2 watches | 700.00 | 0.00 | | 0.00 | FA |
| 9 | Golf clubs | 200.00 | 0.00 | | 0.00 | FA |
| 10 | 2011 Toyota Sequoia, 135000 miles, Vehicle is in | 10,000.00 | 0.00 | | 0.00 | FA |
| **10** | **Assets**     **Totals** (Excluding unknown values) | **$90,400.00** | **$2,000.00** | | **$0.00** | **$7,000.00** |

**Major Activities Affecting Case Closing:**

sell real prop through BK global-  ALSO try sell lot in Wakulla.

Waiting on receipt of authority to release social security number so we can move forward with selling the property.  DAH

BK Global wants to be able to contact the debtor directly to view and list the house called Margaret at E. Way''s office 10/30/18 re: the direct contact.

Sarah is looking at at the Wakulla property and will get back with us soon on a possible listing price.  10/18/18

Working with BK Global on the former homestead property.  Sarah said the Crawfordville property is probably worth $2,000 to $2,500.00  DAH 11/6/18

BK Global  is trying to get  into the house,  the Debtor's friends who are staying there won't allow it.  BK Global is informing them that the Trustee wants immediate

access to the property.  Emailing Sarah for a listing agreement on the Crawfordville property.  12/12/18

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 18-40443TLH4 KKS | **Trustee:** | (290720) | SHERRY CHANCELLOR |
|---|---|---|---|---|
| Case Name: | Unger, Roger L. | **Filed (f) or Converted (c):** | 08/20/18 (f) | |
| | | **§341(a) Meeting Date:** | 09/24/18 | |
| Period Ending: | 12/31/18 | **Claims Bar Date:** | 12/27/18 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a) abandon.** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**  November 11, 2018          **Current Projected Date Of Final Report (TFR):**  February 3, 2019