FORM nhgnrlp (Rev. 06/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Roger L. Unger
dba KAMONA, Inc. d/b/a Jasmine Cafe, dba Southern Style Group, Inc. d/b/a Southern Public House
SSN/ITIN: xxx–xx–4130
 Debtor

Bankruptcy Case No.: 18–40443–KKS

Chapter: 7
Judge: Karen K. Specie

**Amended Notice of Non Evidentiary Hearing**

PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301, on July 18, 2019, at 10:30 AM, Eastern Time.

*64* – Motion to Sell Property Free and Clear of Liens under Section 363(f) [fee amount $181] filed by Sherry Chancellor on behalf of Sherry Chancellor. (Chancellor, Sherry)

Dated: June 17, 2019

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**REASON AMENDED:** TO CORRECT DATE OF HEARING.

**SERVICE:** Sherry F. Chancellor shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.