**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In Re: **ROGER UNGER**                                     Case No.: 18-40443KKS

    Debtor                                                          Chapter:    7

_____//

**ORDER GRANTING MOTION FOR AMENDED ORDER (Doc. 72)**

**THIS MATTER** having come before the Court on the matter of the Trustee's Motion for Amended Order (Doc. 72) and the Court after being otherwise fully advised in the premises, it is:

**ORDERED:**

1.    The Trustee's Motion (Doc. 72) is **GRANTED.**

2.    The Trustee is authorized to submit an amended Order that amends the Order at Doc. 70 consistent with this ruling.

**DONE AND ORDERED** this the 16th day of January 2020.

_____
**KAREN K. SPECIE**
United States Bankruptcy Judge

This Order Prepared by: Sherry F. Chancellor (Amended in Chambers)

CC:   All Parties in Interest

Sherry F. Chancellor is hereby directed to serve a copy of this order on interested parties and file a certificate of service within 3 days of entry of the order